UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal 06-403 DSD/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Dwight William Alexander, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 2, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to suppress physical evidence, statements or identifications [#29] is DENIED.


DATED: _March 20, 2007.        s/David S. Doty
at Minneapolis, Minnesota      JUDGE DAVID S. DOTY
                               United States District Court